JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| William Richardson,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Department of Homeland Security; U.S. Customs and Border Patrol,<br><br>　　　　Defendants. | Case No. 2:23-cv-01939-GMN-BNW<br><br>**Stipulation to Extend Time for Defendants to File Answer or Other Responsive Pleading to Plaintiff's Amended Complaint** |

　　　　Plaintiff William Richardson, and Defendants, Department of Homeland Security and U.S. Customs and Border Patrol, through counsel, stipulate and request that the Court extend the deadline for Defendants to file an answer or other responsive pleading to Plaintiff's Amended Complaint. This extension is sought in good faith and based on the following:

　　　　1)　Plaintiff filed his Amended Complaint on November 21, 2023.

　　　　2)　Plaintiff served Defendants on November 22, 2023.

　　　　3)　Defendants' current deadline to answer or file a responsive pleading to Plaintiff's Amended Complaint is December 22, 2023.

　　　　4)　Since the filing of the Amended Complaint, the parties have engaged in discussions to provide Plaintiff with the requested documents and engaged in discussions about possible settlement without needing the Court's intervention.

Accordingly, the parties hereby respectfully stipulate, agree, and request that Defendants' deadline to submit an answer or other responsive pleading be extended by two weeks to **January 5, 2024**.

Respectfully submitted this 20th day of December 2023.

*/s/ Skyler H. Pearson*
Skyler H. Pearson, Esq.
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
*Attorney for Defendant*

**National Security Law Firm, LLC**
*/s/ Brett O'Brien*
BRETT O'BRIEN, Esq.
Pro Hac Vice
1250 Connecticut Ave. NW
Washington, DC 20036
*Attorney for Plaintiff*

**IT IS SO ORDERED**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 12/21/2023