JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| William Richardson,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Department of Homeland Security; U.S. Customs and Border Patrol,<br><br>　　　　Defendants. | Case No. 2:23-cv-01939-GMN-BNW<br><br>**Stipulation of Dismissal** |

**STIPULATION AND ORDER TO DISMISS**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, that the above-entitled case shall be dismissed with prejudice. Each party will bear

///
///
///
///
///
///
///
///
///

its own costs and attorney's fees.

    Respectfully submitted this 9th day of April 2024.

| | |
|---|---|
| */s/ Skyler H. Pearson* <br> Skyler H. Pearson, Esq. <br> Assistant United States Attorney <br> 501 Las Vegas Blvd. So., Suite 1100 <br> Las Vegas, Nevada 89101 <br> *Attorney for Defendant* | **National Security Law Firm, LLC** <br> */s/ Brett O'Brien* <br> BRETT O'BRIEN, Esq. <br> Pro Hac Vice <br> 1250 Connecticut Ave. NW <br> Washington, DC 20036 <br> *Attorney for Plaintiff* |

**IT IS SO ORDERED**

_____
**UNITED STATES JUDGE**

DATED: April 9, 2024